# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

146516

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LINDA HARKNESS, Successor in Interest to
ERWIN KESTERKE,
        Plaintiff-Appellee,

v

GAIL W. BRICKMAN and COVERT RESORT
ASSOCIATION,
        Defendants-Appellants.

SC: 146516
COA: 305769
Van Buren CC: 10-060086-CZ

_____/

      On order of the Court, the application for leave to appeal the December 4, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

t0422

_____
Clerk